

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Katherine M. Bolger**
(212) 402-4068 tel

katebolger@dwt.com

August 22, 2025

<u>**VIA ECF**</u>

Honorable Andrew L. Carter
United States District Court for the Southern District of New York
40 Foley Square, Room 435
New York, NY 10007
ALCarterNYSDChambers@nysd.uscourts.gov

Re:   *Sherry-Lehmann, Inc. v. Stewart et al.*, Case No. 1:25-cv-4427

Dear Judge Carter:

    I represent Defendant James Stewart in the above-captioned action. I write to request an adjournment of the pre-motion conference currently scheduled for 1pm ET on Thursday, August 28. Unfortunately, I have a previously scheduled mediation that day in another matter. I have conferred with counsel for Plaintiff and counsel for the other Defendants, and all parties are available on September 25 or 26. We look forward to appearing then or at another date at the Court's convenience.

    Thank you for the Court's attention to this matter.

                                   Respectfully submitted,

                                   */s/ Katherine M. Bolger*

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.