UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHERRY-LEHMANN, INC.<br><br>                              Plaintiff,<br><br>     -against-<br><br>STEWART, ET AL.,<br><br>                              DefendantS. | 1:25-cv-04427 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

      In follow-up from today's conference, the Court reminds the Parties of the upcoming deadlines in this case. Plaintiff's Amended Complaint shall be due on **October 16, 2025**. Defendants may then file their opening briefs (without need for another premotion letter) on **November 13, 2025**. Plaintiff shall file its opposition on **December 11, 2025**. Replies, if any, should be filed on **December 18, 2025**.

      SO ORDERED.

Dated:  September 25, 2025
            New York, New York

                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**