UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————-x

SHERRY-LEHMANN, INC. d/b/a
SHERRY-LEHMANN WINE AND
SPIRITS                    Plaintiff,          1:25-cv-4427 (ALC)

        -against-                              ORDER

JAMES STEWART, MICHAEL AARON,
CHRIS ADAMS, and MICHAEL YURCH,

        Defendants.

———————x

ANDREW L CARTER, JR, United States District Judge:

    The Parties are ORDERED to provide the separation agreement by July 8, 2026. The Parties

are also ORDERED to show cause, by July 8, 2026, why the Court should not consider the

separation agreement as incorporated by reference in the first amended complaint when deciding the

pending motions to dismiss.

SO ORDERED.

Dated:  July 2, 2026

New York, New York                          ANDREW L. CARTER, JR.
                                            United States District Judge