UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHERRY-LEHMANN, INC.,<br>Plaintiff,<br>v.<br>STEWART ET AL.,<br>Defendants. | Case No. 1:25-cv-04427-ALC<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Thomas E. Redburn, Jr. of Lowenstein Sandler LLP hereby enters his appearance as counsel of record for Plaintiff Sherry-Lehmann, Inc. in the above-captioned matter.

Dated: October 28, 2026

By: /s/ *Thomas E. Redburn, Jr.*
Thomas E. Redburn, Jr.
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 419-5899
tredburn@lowenstein.com