UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHERRY-LEHMANN, INC.,

Plaintiff,

v.

STEWART ET AL.,

Defendants.

Case No. 1:25-cv-04427-ALC

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Maya Ginsburg of Lowenstein Sandler LLP hereby enters her appearance as counsel of record for Plaintiff Sherry-Lehmann, Inc. in the above-captioned matter.

Dated: October 28, 2026

By: /s/ *Maya Ginsburg*

Maya Ginsburg
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 419-5873
mginsburg@lowenstein.com